# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

RORY ALLEN GREGORY                                                                PETITIONER
ADC #088783

v.                            Case No. 5:18-cv-00266 JM-JTK

DEXTER PAYNE[1], Director,
Arkansas Department of Correction                                                 RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 20th day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Dexter Payne replaced Wendy Kelley as the prison director on or about July 26, 2019.