IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RORY ALLEN GREGORY                                              PETITIONER
ADC #088783

v.                          Case No. 5:18-cv-00266 JM-JTK

DEXTER PAYNE[1], Director,
Arkansas Department of Correction                               RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED without prejudice, and the relief prayed for is DENIED.

SO ADJUDGED this 20th day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Dexter Payne replaced Wendy Kelley as the prison director on or about July 26, 2019.